■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEDAR WESTON, Appellant. [950 NYS2d 599]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (Brennan, J.), imposed on January 28, 2010, consisting of a determinate term of imprisonment of two years plus a period of 1½ years of postrelease supervision.

Ordered that the amended sentence is modified, as a matter

of discretion in the interest of justice, by reducing the amended sentence from a determinate term of imprisonment of two years to a definite term of imprisonment of 364 days, and vacating the period of postrelease supervision.

The amended sentence is excessive to the extent indicated (*see generally* Penal Law § 70.00 [4]; *People v Suitte*, 90 AD2d 80, 86 [1982]). Mastro, A.P.J., Skelos, Leventhal, Austin and Cohen, JJ., concur.